On petitioner's petition for reconsideration filed March 17, reconsideration granted; opinion (111 Or App 444, 823 P2d 1051) withdrawn; affirmed July 8, petition for review denied September 29, 1992 (314 Or 392)

# ROBERT RONALD THOMPSON,
*Petitioner,*

*v.*

# BOARD OF PAROLE,
*Respondent.*

## (CA A66437)
832 P2d 54

Lawrence J. Hall, Deputy Public Defender, Salem, for petition.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

**PER CURIAM**

In *Thompson v. Board of Parole*, 111 Or App 444, 823 P2d 1051 (1992), we dismissed the petition for judicial review, relying on *Denham v. Board of Parole*, 106 Or App 234, 806 P2d 1167 (1991), because defendant sought review of the order setting his parole release date, instead of the order on administrative review. Under *Owens v. Board of Parole*, 113 Or App 507, 834 P2d 547 (1992), we erred in dismissing the petition. We grant reconsideration, withdraw our opinion and affirm.

Reconsideration granted; opinion withdrawn; affirmed.